Filed 8/30/13  P. v. Carrera CA5

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | F065435 |
| v. | (Super. Ct. No. 11CM1352A) |
| ANTHONY SONNY CARRERA, | **O P I N I O N** |
| Defendant and Appellant. | |

### THE COURT\*

APPEAL from a judgment of the Superior Court of Kings County.  Harry N. Papadakis, Judge.

Deborah Prucha, under appointment by the Court of Appeal, for Defendant and Appellant.

Office of the State Attorney General, Sacramento, California, for Plaintiff and Respondent.

-ooOoo-

---

\*	Before Cornell, Acting P.J., Gomes, J., and Kane, J.

Appellant, Anthony Sonny Carrera, pled guilty to second degree burglary (Pen. Code, § 459). Following independent review of the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436, we affirm.

## FACTUAL AND PROCEDURAL HISTORY

On March 16, 2011, Carrera, Franky Juarez and two other males entered a Target store in Hanford and began walking around. Carrera and Juarez then walked out through an emergency exit carrying two 26-inch televisions and other items. Carrera and Juarez placed the stolen merchandise in the trunk of an awaiting vehicle and left.

On May 4, 2011, a Fresno police detective identified Carrera and the other males as members of an extremely violent tagging crew from Fresno.

On May 5, 2011, the court issued an arrest warrant for Carrera. Also on that date the Kings County District Attorney filed a complaint charging Carrera with second degree burglary (count 1) and participating in a criminal street gang (count 2/Pen. Code, § 186.22, subd. (a)). Count 1 also alleged a gang enhancement (Pen. Code, § 186.22, subd. (b)(1)(A)).

On May 29, 2011, Carrera was arrested and released in this matter.

On June 27, 2011, Carrera failed to appear for his arraignment and a warrant issued for his arrest.

On May 9, 2012, Carrera entered his plea in that matter in exchange for the dismissal of the remaining counts and allegations.

On June 6, 2012, the court sentenced Carrera to the aggravated three-year local term.

Carrera's appellate counsel has filed a brief which summarizes the facts, with citations to the record, raises no issues, and asks this court to independently review the record. (*People v. Wende*, *supra*, 25 Cal.3d 436.) However, in a letter filed on November 27, 2012, Carrera asks this court to consider certain information, but he does

2

not raise any legal issues. We decline to consider the proffered information because it is not part of the record on appeal.

Further, following an independent review of the record we find that no reasonably arguable factual or legal issues exist.

## **DISPOSITION**

The judgment is affirmed.